UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC RESNICK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | CASE NO.: CV11-9689-CAS (AJWx)<br><br>**ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>**[JS-6]**<br><br>The Honorable Christina A. Snyder |

1  Pursuant to the parties' Stipulation and Joint Request for Dismissal, this action
2  is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal
3  Rules of Civil Procedure.  The parties shall bear their own fees and costs.
4  IT IS SO ORDERED.

6  DATED: May 23, 2012           By: _____
                                      Hon. Christina A. Snyder
7                                     United States District Judge